

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00405-CV

WILLIE LAVAN                                                    APPELLANT

V.

BURLINGTON NORTHERN AND                                         APPELLEE
SANTA FE RAILWAY COMPANY

AND

## NO. 02-11-00407-CV

LEROY ROSS                                                     APPELLANT

V.

BURLINGTON NORTHERN AND                                         APPELLEE
SANTA FE RAILWAY COMPANY

AND

## NO. 02-11-00408-CV

FLOYD TOWNSEND                                                  APPELLANT

V.

BURLINGTON NORTHERN AND                                         APPELLEE
SANTA FE RAILWAY COMPANY

AND

**NO. 02-11-00409-CV**

GILBERT MCNEIL                                                        APPELLANT

V.

BURLINGTON NORTHERN AND                         APPELLEE
SANTA FE RAILWAY COMPANY

AND

**NO. 02-11-00410-CV**

CHARLES KING                                                APPELLANT

V.

BURLINGTON NORTHERN AND                         APPELLEE
SANTA FE RAILWAY COMPANY

AND

**NO. 02-11-00411-CV**

THOMAS JACKSON                                      APPELLANT

V.

BURLINGTON NORTHERN AND                         APPELLEE
SANTA FE RAILWAY COMPANY

AND

**NO. 02-11-00412-CV**

TED FLEMINGS                                              APPELLANT

V.

BURLINGTON NORTHERN AND                                      APPELLEE
SANTA FE RAILWAY COMPANY

AND

**NO. 02-11-00414-CV**

CHARLES BOOKER                                              APPELLANT

V.

BURLINGTON NORTHERN AND                                      APPELLEE
SANTA FE RAILWAY COMPANY

-----------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

-----------

**MEMORANDUM OPINION[1] AND JUDGMENT**

-----------

On the court's own motion, the above causes are hereby consolidated in this court. Each cause shall continue to bear its respective case number.

On January 13, 2012, we notified appellants that the trial court clerk responsible for preparing the record in the above appeals informed the court that payment arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

3

35.3(a)(2). We stated that we would dismiss these appeals for want of prosecution unless appellants made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellants have not made payment arrangements for the clerk's record, it is the opinion of the court that these appeals should be dismissed for want of prosecution. Accordingly, we dismiss these appeals. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeals, for which let execution issue.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: February 23, 2012

4